UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES INGRAM, | No. C 09-2824 MHP (pr) |
| Plaintiff, | **ORDER OF TRANSFER** |
| v. | |
| C/O SAAVEDRA, | |
| Defendant. | |

James Ingram, filed this pro se civil rights action under 42 U.S.C. § 1983, complaining of acts and omissions at the California Reception Center in Norco and possibly the California Institution for Men in Chino, California. Norco is in Riverside County and Chino is in San Bernardino County, both of which are within the venue of the Central District of California. Defendant is employed at the facility in Norco and apparently resides in the Central District of California. Venue therefore properly lies in that district and not in this one. See 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Central District of California. The clerk shall transfer this matter.

IT IS SO ORDERED.

DATED: December 11, 2009

Marilyn Hall Patel
United States District Judge