JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES INGRAM,<br><br>    Plaintiff,<br><br>    v.<br><br>CORRECTIONAL OFFICER SAAVEDRA,<br><br>    Defendant. | Case No. ED CV 09-2305 JFW (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: February 7, 2012

_____
HON. JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

1